**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 06-7657**

───────────────

STANLEY HARVEY DAVIS,

Plaintiff - Appellant,

versus

UNITED STATES OF AMERICA,

Defendant - Appellee.

───────────────

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, Senior District Judge. (5:05-ct-00718)

───────────────

Submitted: April 9, 2007          Decided: May 7, 2007

───────────────

Before NIEMEYER and MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Stanley Harvey Davis, Appellant Pro Se. Rudolf A. Renfer, Jr., Assistant United States Attorney, Michelle T. Fuseyamore, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanley Harvey Davis appeals the district court's order granting summary judgment to Defendant and dismissing Davis' complaint brought under the Federal Tort Claims Act. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davis v. United States</u>, No. 5:05-ct-00718 (E.D.N.C. Aug. 31, 2006). We grant Davis' motion for leave to present additional information. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>